UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSTANTINOS KAVVAS,

Plaintiff,

- against -

AMAZON.COM, INC.,

Defendant.

26-cv-8310 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **October 16, 2026.**

SO ORDERED.

Dated: New York, New York
October 1, 2026

John G. Koeltl
United States District Judge